UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIDGET SARPY COLEMAN,** | * | **CASE NO. 1:22-CV-05887** |
| **INDIVIDUALLY AND ON BEHALF OF** | * | |
| **HER DECEASED MOTHER,** | * | |
| **IDANELL SARPY, DECEASED** | * | **JUDGE ROBERT R. SUMMERHAYES** |
| | * | |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE** |
| **LINCARE INC. OF DELAWARE** | * | **PEREZ-MONTEZ** |
| **AND LINCARE-ALEXANDRIA** | * | |
| **Defendants** | * | |

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **BRIDGET SARPY COLEMAN, individually and on behalf of her deceased mother, IDANELL SARPY**, who *in addition to all prior allegations and paragraphs asserted in the original Petition for Damages filed in the 9th Judicial District Court for the Parish of Rapides* and *in advance of this Court's deadline to amend pleadings,* hereby supplements and amends her Complaint as follows:

16.

Petitioner avers that the actions and inactions of **LINCARE INC. OF DELAWARE** and/or its employees constitute gross negligence and/or willful misconduct pursuant to Louisiana Revised Statute 29:771(B)(2)(c)(i).

Wherefore, premises considered, Plaintiff, **BRIDGET SARPY COLEMAN, individually and on behalf of her deceased mother, IDANELL SARPY**, respectfully prays that her First Supplemental and Amended Complaint be deemed a good and sufficient supplementation and amendment of Plaintiff's original Petition for Damages incorporating all allegations and paragraphs from both pleadings. Plaintiff prays that Defendant appear and answer this First

Supplemental and Amending Complaint within the delays allowed by law and that after all legal delays and due proceedings are had, there be a money judgment rendered herein in favor of Plaintiff and against Defendant for all damages as are reasonable in the premises and as prayed for herein, together with all legal interest from the date of administrative demand, until paid; for expert fees and expenses; for all costs of these proceedings; and, for all general and equitable relief that is within the determination of this Court to grant.

RESPECTFULLY SUBMITTED,

___s/Chad A. Sullivan_____
CHAD A. SULLIVAN (#27657)
**KEOGH, COX & WILSON, LTD.**
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
T:   (225) 383-3796
F:   (225) 343-9612
Email: csullivan@keoghcox.com
*Counsel for Bridget Sarpy Coleman, individually and on behalf of her deceased mother, IDANELL SARPY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of March, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 27th day of March, 2024.

___c/Chad A. Sullivan_____
CHAD A. SULLIVAN