UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIDGET SARPY COLEMAN,** | * | **CASE NO. 1:22-CV-05887** |
| **INDIVIDUALLY AND ON BEHALF OF** | * | |
| **HER DECEASED MOTHER,** | * | |
| **IDANELL SARPY, DECEASED** | * | **JUDGE JERRY EDWARDS, JR.** |
| | * | |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE JOSEPH H.L.** |
| **LINCARE INC. OF DELAWARE** | * | **PEREZ-MONTEZ** |
| **AND LINCARE-ALEXANDRIA** | * | |
| **Defendants** | * | |
| | * | |

**LINCARE INC. OF DELAWARE'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

Defendant, Lincare Inc. of Delaware ("Lincare") denies each and every allegation of the First Supplemental and Amending Complaint ("First Amended Complaint") filed by Bridget Sarpy Coleman, individually and on behalf of her deceased mother, Idanell Sarpy ("Plaintiff) except for those that are specifically admitted below. In further response to Plaintiff's First Amended Complaint, Lincare states:

**UNNUMBERED PARAGRAPH OF FIRST AMENDED COMPLAINT:**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **BRIDGET SARPY COLEMAN, individually and on behalf of her deceased mother, IDANELL SARPY**, who *in addition to all prior allegations and paragraphs asserted in the original Petition for Damages filed in the 9th Judicial District Court for the Parish of Rapides* and *in advance of this Court's deadline to amend pleadings,* hereby supplements and amends her Complaint as follows:

1

**RESPONSE TO UNNUMBERED PARAGRAPH OF FIRST AMENDED COMPLAINT:**

The allegations contained in the unnumbered and opening paragraph of Plaintiff's First Amended Complaint do not pertain to Lincare and require no answer.  However, in an abundance of caution Lincare denies the allegations contained in the unnumbered and opening paragraph of Plaintiff's First Amended Complaint for lack of sufficient information to justify a reasonable belief therein.

**PARAGRAPH NO. 16 OF FIRST AMENDED COMPLAINT:**

Petitioner avers that the actions and inactions of **LINCARE INC. OF DELAWARE** and/or its employees constitute gross negligence and/or willful misconduct pursuant to Louisiana Revised Statute 29:771(B)(2)(c)(i).

**RESPONSE TO PARAGRAPH NO. 16 OF FIRST AMENDED COMPLAINT:**

Lincare denies the allegations contained in Paragraph No. 16 of Plaintiff's First Amended Complaint.

**UNNUMBERED PARAGRAPH/PRAYER OF THE FIRST AMENDED COMPLAINT:**

Wherefore, premises considered, Plaintiff, **BRIDGET SARPY COLEMAN, individually and on behalf of her deceased mother, IDANELL SARPY,** respectfully prays that her First Supplemental and Amended Complaint be deemed a good and sufficient supplementation and amendment of Plaintiff's original Petition for Damages incorporating all allegations and paragraphs from both pleadings. Plaintiff prays that Defendant appear and answer this First Supplemental and Amending Complaint within the delays allowed by law and that after all legal delays and due proceedings are had, there be a money judgment rendered herein in favor of Plaintiff and against Defendant for all damages as are reasonable in the premises and as prayed for herein, together with all legal interest from the date of administrative demand, until paid; for expert fees and expenses;

for all costs of these proceedings; and, for all general and equitable relief that is within the determination of this Court to grant.

**RESPONSE TO UNNUMBERED PARAGRAPH/PRAYER OF FIRST AMENDED COMPLAINT:**

The allegations contained in the Last Unnumbered Paragraph or Prayer for Relief of Plaintiff's First Amended Complaint are denied. Lincare denies any contention that Plaintiff has suffered a compensable harm due to Lincare's actions or inactions and/or is entitled to any monetary or other damages from Lincare.

**AFFIRMATIVE DEFENSES**

Lincare further responds to Plaintiff's First Amended Complaint by adopting and incorporating by reference its responses and affirmative defenses as stated in its Answer and Affirmative Defenses to Plaintiff's Complaint and Request for Trial by Jury filed on November 14, 2022 ("Original Complaint"). Lincare reserves it right to amend this Answer and assert additional affirmative defenses if and when they are discovered.

By Attorneys,

*/s/ Forrest E. Guedry*
John F. Jakuback (#21643)
John.Jakuback@keanmiller.com
Amanda M. Collura-Day (#33777)
Amanda.Collura-Day@keanmiller.com
Forrest E. Guedry (#36482)
Forrest.Guedry@keanmiller.com
**Kean Miller LLP**
Post Office Box 3513 (70821)
400 Convention Street, Suite 700
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
*Counsel for Lincare Inc. of Delaware*

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record via email only as follows:

    Chad A. Sullivan (#27657)
    KEOGH, COX, & WILSON, LTD.
    P.O. Box 1151 (70821)
    701 Main Street
    Baton Rouge, Louisiana
    T: 225-383-3796
    F: 225-343-9612
    csullivan@keoghcox.com

Baton Rouge, Louisiana this 10th day of April, 2024.

                                        **/s/ *Forrest E. Guedry***
                                        Forrest E. Guedry

4855-0166-0594 v1