UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Bridget Sarpy Coleman, et al**<br>Plaintiff | Civil Action No. 1:22-CV-05887 |
| v. | Judge Robert R. Summerhayes |
| **Lincare Inc. of Delaware, et al**<br>Defendant | Magistrate Judge Perez-Montez |

### CONSENT PROTECTIVE ORDER

**BRIDGET SARPY COLEMAN, INDIVIDUALLY AND ON BEHALF OF HER DECEASED MOTHER, IDANELL SARPY, DECEASED, LINCARE INC. OF DELAWARE, AND CHRISTUS HEALTH CENTRAL LOUISIANA D/B/A CHRISTUS ST. FRANCES CABRINI HOSPITAL** have agreed to consider confidential the information and document(s) to be produced by **CHRISTUS HEALTH CENTRAL LOUISIANA D/B/A CHRISTUS ST. FRANCES CABRINI HOSPITAL** in its responses to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action propounded by Lincare Inc. of Delaware on or about April 23, 2024. The subject confidential information and document(s) shall be produced under the following conditions:

1. **CHRISTUS HEALTH CENTRAL LOUISIANA D/B/A CHRISTUS ST. FRANCES CABRINI HOSPITAL** shall designate as "CONFIDENTIAL" any records, policies, procedures or other proprietary documents produced in responses to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action propounded by Lincare Inc. of Delaware on or about April 23, 2024. Such "CONFIDENTIAL" designation shall make the information and documents produced and all copies, prints, summaries, or other reproduction of such material subject to this Consent Protective Order. (Information and documents which are designated/stamped as "CONFIDENTIAL" are hereinafter referred to as "Confidential Information.").

2. Confidential Information and information derived therefrom may only be disclosed or made available to the following persons who shall be designated as "COVERED PERSONS":

   a. the Court and all Court personnel;

   b. the Parties to this litigation;

   c. the named counsel for the Parties to this litigation, including members of counsel's legal or support staff (e.g., secretaries, legal assistants, paralegals, and law clerks), to the extent reasonably necessary for such persons to render assistance in this litigation; and

   d. experts retained or consulted by counsel for the Parties to assist in the preparation, prosecution, or evaluation of this litigation.

3. Absent a further order of the Court, those documents marked as "CONFIDENTIAL" shall not be used for any purpose other than the prosecution or defense of this captioned action and shall not be shown, disseminated, or disclosed in any manner to anyone other than "COVERED PERSONS" without the prior written agreement of the producing or providing Party or order of the Court after due notice.

4. This Consent Protective Order shall not preclude **CHRISTUS HEALTH CENTRAL LOUISIANA D/B/A CHRISTUS ST. FRANCES CABRINI HOSPITAL** from exercising any rights or raising any objections otherwise available to them under the rules of discovery and evidence. Nothing contained in this Consent Protective Order shall in any manner change, alter or modify any of the rights of any Party hereto under any other orders issued by any other courts concerning the protection of "CONFIDENTIAL" information or documents.  And, nothing in this Consent Protective Order shall limit the rights of **CHRISTUS HEALTH CENTRAL LOUISIANA D/B/A CHRISTUS ST. FRANCES CABRINI HOSPITAL** to apply for further protective orders or for modification of the terms of this Consent Protective Order.

5. The terms and conditions of this Consent Protective Order shall survive and remain in full force and effect after the termination of this action.

6. **BRIDGET SARPY COLEMAN, INDIVIDUALLY AND ON BEHALF OF HER DECEASED MOTHER, IDANELL SARPY, DECEASED AND LINCARE INC. OF DELAWARE** agree to be bound by the terms of this Consent Protective Order pending the entry of same, and any violation of its terms shall be subject to send penalties as the Court may deem appropriate.

**SIGNED IN** Alexandria, Louisiana, this \_\_16th\_\_ day of \_\_\_\_July_____, 2024.

_____
**MAGISTRATE JUDGE PEREZ MONTES**

Respectfully submitted,

**KEOACH, COX & WILSON, LTD.**

By: /s/ Chad A. Sullivan
   **Chad A. Sullivan          #27657**
   P.O. Box 1151 (70821)
   701 Main Street
   Baton Rouge, LA 70821
   Telephone No.  (225)383-3796
   Facsimile No.  (225)343-9612
   Email  Forrest.Guedry@KeanMiller.com
**ATTORNEYS FOR BRIDGET SARPY COLEMAN, INDIVIDUALLY AND ON BEHALF OF HER DECEASED MOTHER, IDANELL SARPY, DECEASED**


**KEAN MILLER, LLP**

By: /s/ Forrest E. Guedry
   **Forrest E. Guedry          #36482**
   400 Convention Street, Suite 700 (70802)
   P.O. Box 3513
   Baton Rouge, LA 70821
   Telephone No.  (225)387-0999
   Facsimile No.  (225)388-9133
   Email  Forrest.Guedry@KeanMiller.com
**ATTORNEYS FOR LINCARE INC. OF DELAWARE**

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/ Brandon A. Sues
    **Brandon A. Sues    #25517**
    2001 MacArthur Drive
    P. O. Box 6118
    Alexandria, LA 71307-6118
    Telephone No. (318) 445-6471
    Facsimile No. (318) 445-6476
    Email   bsues@goldweems.com
**ATTORNEYS FOR CHRISTUS HEALTH CENTRAL LOUISIANA D/B/A CHRISTUS ST. FRANCES CABRINI HOSPITAL**